# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PELLUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>　　　　Defendants. | Case No.: 1:15-cv-01264 JLT (PC)<br><br>ORDER RE-CLASSIFYING THE MATTER AS A CIVIL ACTION |

In this action, Plaintiff contends his parole officer acted in violation of the United States Constitution. Though he was in the Fresno County jail at the time of the filing of the action, this litigation does not concern the conditions of his confinement but, instead seems to challenge the decision to return him to jail. Thus, this case should be classified as a civil action

Accordingly, IT IS HEREBY ORDERED: The Clerk of the Court is **DIRECTED** to reclassify this matter as a general civil action.

IT IS SO ORDERED.

Dated:　**October 29, 2015**　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE